88 A.3d 187

ROBERT OCCHIFINTO AND NVE, INC., PLAINTIFF–PETITION-
ER, v. OLIVO CONSTRUCTION CO., LLC, MARTIN OLIVO,
HOUGHTON, QUARTY & WARR, LLC, WW CONSTRUCTION
AND MASONRY, STAR BUILDING SYSTEMS, ANDRES F. AN-
DERSEN ASSOCIATES, INC., DIAMOND SAND AND GRAVEL
CO., INC., ANTUL N. SHAH, P.E., ANS CONSULTANTS, INC.,
BARDO, COX & MILLER, INC., DEFENDANTS, AND ROBERT
S. KEPPLER MASON CONTRACTORS, LLC, A/K/A ROBERT S.
KEPPLER CONCRETE CONSTRUCTION, LLC, AND MERCER
MUTUAL INSURANCE CO., DEFENDANTS–RESPONDENTS.

March 20, 2014.

It is ORDERED that the petition for certification is granted
limited to the issue of whether plaintiffs were entitled to attor-
ney's fees as successful claimants pursuant to *Rule* 4:42–9(a)(6).

88 A.3d 188

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
AL–TARIQ WARDRICK, DEFENDANT–PETITIONER.

March 20, 2014.

It is ORDERED that the petition for certification is granted
limited to the issues of whether: 1) the Appellate Division erred in
affirming defendant's conviction in light of another panel's reversal
of his co-defendant's conviction arising out of the same trial and
alleged error; and 2) whether the trial court erred in failing to set
aside defendant's conviction for first-degree robbery.